**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF VIRGINIA**
**ALEXANDRIA DIVISION**

| | | |
|---|---|---|
| **In re:** | ) | **Case No. 14-13308-RGM** |
| | ) | **Chapter 7** |
| **Susan Elise Meyerson f/k/a Susan E.** | ) | |
| **Ramsey f/k/a Susan E. Krieger,** | ) | |
| | ) | **Hon. Robert G. Mayer** |
| **Debtor.** | ) | |
| _____ | ) | |

## NOTICE OF MOTION

**To:**   See Attached Service List Below

**NOTICE:** Under Local Bankruptcy Rule 9013-1, unless a written response to this motion and supporting memorandum are filed with the Clerk of Court and served on the moving party within fourteen (14) days of the service of this notice objecting to the relief requested, the Court may deem any opposition waived, treat the motion as conceded, and issue an order granting the requested relief without further notice or hearing.

**Susan Elise Meyerson f/k/a Susan E. Ramsey f/k/a Susan E. Krieger** has filed papers with the Court to reopen her bankruptcy case.

**Your rights may be affected. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.)**

If you do not want the court to grant the relief sought in the motion, or if you want the court to consider your views on the motion, then you or your attorney must:

A. File with the court, at the address shown below, a written request for a hearing [or a written response pursuant to Local Bankruptcy Rule 9013-1(H)]. If you mail your request for hearing (or response) to the court for filing, you must mail it early enough so the court will **receive** it on or before the date stated above.

> Clerk of Court
> United States Bankruptcy Court
> 200 South Washington Street
> Alexandria, Virginia 22314-5405

You must also mail a copy to:

      John C. Morgan
      98 Alexandria Pike, Suite 10
      Warrenton, Virginia 20186

      Upright Law, LLC
      Attn: Jocelyn S. Hsiao
      79 West Monroe Street
      5th Floor
      Chicago, Illinois 60603

B. Attend a hearing to be scheduled at a later date. You will receive separate notice of hearing. **If no timely response has been filed opposing the relief requested, the court may grant the relief without holding a hearing.**

If you or your attorney do not take these steps, the court may decide that you do not oppose the relief sought in the motion and may enter an order granting that relief.

Date: June 11, 2015                                     /s/ John C. Morgan
                                                             John C. Morgan
                                                             Attorney for Debtor
                                                             Virginia State Bar No. 30148
                                                             Upright Law, LLC
                                                             98 Alexandria Pike, Suite 10
                                                            Warrenton, Virginia 20186
                                                            Phone: (540) 349-3232
                                                            Fax: (540) 349-1278
                                                            jcm@jcmpllc.com

## CERTIFICATE OF SERVICE

On June 11, 2015, the undersigned certifies that on this date, he caused a copy of the above Notice of Motion and the Motion to Reopen Chapter 7 Bankruptcy Case and Memorandum to be served upon each person shown on the within service list, by United States Mail, with postage prepaid.

                                                          By:    /s/ John C. Morgan

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0422-1<br>Case 14-13308-RGM<br>Eastern District of Virginia<br>Alexandria<br>Thu Jun 11 11:35:20 EDT 2015 | United States Bankruptcy Court<br>200 South Washington Street<br>Alexandria, VA 22314-5405 | Affiliated Creditors, Inc.<br>P.O. Box 148240<br>Nashville, TN 37214-8240 |
| Alliance One<br>4850 Street Rd. Suite 300<br>Feasterville Trevose, PA 19053-6643 | Ambulatory Anesthesia Services<br>P.O. Box 639<br>Laurel, MD 20725-0639 | Bill Me Later<br>P.O. Box 105658<br>Atlanta, GA 30348-5658 |
| (p)CAPITAL ONE<br>PO BOX 30285<br>SALT LAKE CITY UT 84130-0285 | Capital Management Services LP<br>P.O. Box 964<br>Buffalo, NY 14220-0964 | Comenity Bank/Dressbrn<br>Po Box 182789<br>Columbus, OH 43218-2789 |
| Comenity Bank/Lnbryant<br>Po Box 182789<br>Columbus, OH 43218-2789 | Creditor Claims of America Inc<br>P.O. Box 7579<br>Silver Spring, MD 20907-7579 | Discover Fin Svcs Llc<br>Po Box 15316<br>Wilmington, DE 19850-5316 |
| ENT Specialists of Northern VA<br>8314 C Traford Lane<br>Springfield, VA 22152-1661 | Enhanced Recovery Company LLC<br>P.O. Box 1259, Dept 98696<br>Oaks, PA 19456-1259 | Fairfax Surgical Center<br>10730 Main Street<br>Fairfax, VA 22030-3781 |
| First Flight Fed Cr Un<br>1232 E Main St<br>Havelock, NC 28532-2405 | Labcorp<br>P.O. Box 2240<br>Burlington, NC 27216-2240 | Medstar Georgetown Orthopedic<br>P.O. Box 417269<br>Boston, MA 02241-7269 |
| Nationwide Credit Corporation<br>P.O. Box 9156<br>Alexandria, VA 22304-0156 | Optimal Radiology Partners VA<br>75 Remittance Drive, Ste. 6507<br>Chicago, IL 60675-6507 | Patient First<br>P.O. Box 758941<br>Baltimore, MD 21275-8941 |
| Pohick Creek Emerg Phys, LLC<br>P.O. Box 37742<br>Philadelphia, PA 19101-5042 | Receivable Management<br>7206 Hull Street Rd Ste<br>North Chesterfield, VA 23235-5826 | Santander Consumer Usa<br>Po Box 961245<br>Ft Worth, TX 76161-0244 |
| Sentara<br>P.O. Box 2156<br>Morrisville, NC 27560-2156 | Sentara<br>P.O. Box 791168<br>Baltimore, MD 21279-1168 | Sentara<br>P.O. Box 79698<br>Baltimore, MD 21279-0698 |
| Significa Benefit Services Inc<br>P.O. Box 7777<br>Lancaster, PA 17604-7777 | Suburban Credit Corporation<br>6142 Franconia Road<br>P.O. Box 30640<br>Alexandria, VA 22310-8640 | Usaa Savings Bank<br>Po Box 47504<br>San Antonio, TX 78265-7504 |

| | | |
|---|---|---|
| Verizon<br>500 Technology Dr Ste 30<br>Weldon Spring, MO 63304-2225 | Virginia Medical Alliance<br>Department 6029<br>Washington, DC 20042-6029 | Franklin Jay Murphy Pepper<br>Prince Law, LLC<br>4106 Waterswatch Drive<br>Midlothian, VA 23113-3763 |
| Klinette H. Kindred<br>Tyler, Bartl, Ramsdell and Counts<br>300 N. Washington Street, Suite 202<br>Alexandria, VA 22314-2530 | Susan Elise Meyerson<br>8178 Curving Creek Court<br>Springfield, VA 22153-3710 | |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

Cap One
Po Box 85520
Richmond, VA 23285-0000

End of Label Matrix
Mailable recipients    34
Bypassed recipients     0
Total                  34

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF VIRGINIA**
**ALEXANDRIA DIVISION**

| | | |
|---|---|---|
| **In re:** | ) | **Case No. 14-13308-RGM** |
| | ) | **Chapter 7** |
| **Susan Elise Meyerson f/k/a Susan E.** | ) | |
| **Ramsey f/k/a Susan E. Krieger,** | ) | |
| | ) | **Hon. Robert G. Mayer** |
| **Debtor.** | ) | |
| _____ | ) | |

## MOTION TO REOPEN CHAPTER 7 BANKRUPTCY CASE AND MEMORANDUM

NOW COMES, Susan Elise Meyerson f/k/a Susan E. Ramsey f/k/a Susan E. Krieger, Debtor herein, by her counsel, John C. Morgan, and hereby moves this Honorable Court to reopen Debtor's chapter 7 bankruptcy case. In support of this motion, Debtor states the following:

### JURISDICTION

1. This is a core proceeding pursuant to 28 U.S.C. §157 (b)(2)(A) and (O).

2. Venue is proper in this District under 28 U.S.C. § 1409(a).

3. Pursuant to local rule or other order of the District Court, all bankruptcy cases and all proceedings that arise under Title 11 have been referred, as permitted by 28 U.S.C. § 157, to the United States Bankruptcy Court for the Eastern District of Virginia.

### THE DEBTOR

4. Debtor, Susan Elise Meyerson f/k/a Susan E. Ramsey f/k/a Susan E. Krieger ("Debtor") filed the subject bankruptcy case pursuant to Chapter 7 of the Bankruptcy Code on September 5, 2014.

5. The Court entered an Order on December 18, 2014, discharging Debtor's Chapter 7 bankruptcy case.

6. The bankruptcy case was closed by the Court on December 22, 2014.

**GROUNDS TO REOPEN THE BANKRUPTCY CASE**

7. Since the date of discharge, Potomac Hospital Corporation of Prince William d/b/a Sentara Northern Virginia Medical Center violated the discharge injunction by attempting to collect on a discharged account.

8. A bankruptcy discharge "operates as an injunction against the commencement or continuation of process, or an act, to collect, recover or offset any . . . debt as a personal liability of the debtor . . . [.]" 11 U.S.C. § 524(a)(2).

9. By continuing with its Virginia State Court lawsuit, Potomac Hospital Corporation of Prince William d/b/a Sentara Northern Virginia Medical Center caused Debtor to suffer actual damages.

10. Pursuant to Section 350(b) of the Bankruptcy Code, 11 U.S.C. § 350(b), a case may be reopened "to accord relief to the debtor."

11. Although there is no personal right of action for violation of the discharge injunction, violations may be redressed under the bankruptcy court's civil contempt powers. *Cherry v. Arendall (In re Cherry)*, 247 B.R. 176, 186-87 (Bankr. E.D. Va. 2000).

12. "Because of the central role played by the discharge, reopening a closed case to redress a claimed violation of the discharge injunction is almost routinely granted." *In re Henneghan*, 03-11853-SSM, at Docket 168 (Bankr. E.D. Va. Aug. 24, 2005).

13. Relief can be accorded to Debtor and cause exists to reopen the bankruptcy case.

14. Pursuant to Rule 5010 of the Federal Rules of Bankruptcy Procedure, when the case is reopened pursuant to Section 350(b) of the Bankruptcy Code, a trustee shall not be appointed unless the court determines that a trustee is necessary to protect the interests of creditors and Debtor

or to insure efficient administration of the case. Debtor does not believe that a trustee is necessary to protect his interests.

15. No fee for reopening a case is due to file an action related to Debtor's discharge.

### PRAYER FOR RELIEF

16. Accordingly, Debtor requests that her case be reopened so as to allow her attorney to file her Motion for Contempt and Sanctions Against Potomac Hospital Corporation of Prince William d/b/a Sentara Northern Virginia Medical Center for Violation of the Discharge Injunction Pursuant to 11 U.S.C. §§ 105 and 524. Debtor further requests that no trustee be appointed as none is necessary for the Debtor to assert the claims to be raised.

WHEREFORE, Debtor prays that this Court enter an Order reopening her Chapter 7 Petition and for such other and further relief as may be just.

Respectfully submitted,

Susan Elise Meyerson f/k/a Susan E. Ramsey f/k/a Susan E. Krieger

By: /s/ John C. Morgan
One of her attorneys

John C. Morgan
Virginia State Bar No. 30148
Attorney for Debtor
Upright Law, LLC
98 Alexandria Pike, Suite 10
Warrenton, Virginia 20186
Phone: (540) 349-3232
Fax: (540) 349-1278
jcm@jcmpllc.com